1  SEAN P. NALTY (SBN 121253)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorneys for Defendants
   THE GUARDIAN LIFE INSURANCE COMPANY
6  OF AMERICA and Berkshire Life Insurance

7

8                 UNITED STATES DISTRICT COURT

9                 EASTREN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JOHN E. ABERLE, | Case No.: 2:06-cv-01736 MCE-PAN |
| Plaintiff, | **STIPULATION OF THE PARTIES RE DISCLOSURE OF EXPERT WITNESSES** |
| v. | |
| THE GUARIDAN LIFE INSURANCE COMPANY OF AMERICA, a New York Corporation, Berkshire Life Insurance a Tennessee Corporation | |
| Defendant. | |

18                           INTRODUCTION

19     The parties in the above-captioned matter, plaintiff John Aberle ("Plaintiff") and

20 defendants Guardian Life Insurance Company of America and Berkshire Life Insurance

21 Company of America ("Defendants") (collectively "the Parties") have engaged in settlement

22 discussions in this matter.  The Parties participated in an all day mediation session at JAMS

23 on May 31, 2007 in which Plaintiff and Defendants made a good faith effort to try to resolve

24 this matter.

25     The Parties desire to move the date for disclosure of experts in this matter from June

26 4, 2007 to July 9, 2007 and, through this document, stipulate that experts can be disclosed in

27 this matter on July 9, 2007.

28 ///

1  The reason for this stipulation is that, due to the settlement discussions, Plaintiff and
2  Defendants did not want to take significant steps towards the disclosure of expert witnesses
3  in this matter in order to save time and money in anticipation of trying to settle this matter.
4  The disclosure of expert witnesses under the Federal Rules of Civil Procedure is expensive
5  and the Parties desired to try to ensure that extraordinary cost expenditures, such as the
6  disclosure of experts, would not create an obstacle in the efforts of the Parties to settle this
7  matter.
8       Moreover, moving the date for disclosure of experts will not delay the prosecution of
9  this matter in any way.  The remaining dates on the Court's scheduling order are not
10 impacted by this stipulation.
11      In that settlement discussions were not successful, Plaintiff and Defendants,
12 through their respective counsel of record, hereby stipulate to the following:

### STIPULATION

14      Currently the disclosure of expert witnesses in this matter is due June 4, 2007.
15 Because of the settlement efforts discussed above, the parties hereby stipulate that the period
16 for disclosure of experts in this matter is extended to Monday, July 9, 2007.  In addition,
17 within twenty (20) days after the designation of expert witnesses, any party may designate a
18 supplemental list of expert witnesses who will express an opinion on the subject covered by
19 an expert designated by an adverse party.
20      IT IS SO STIPULATED.
21 Dated:  June 1, 2007          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
22
23                              By: _____
                                SEAN P. NALTY
24                              Attorneys for Defendants
                                THE GUARDIAN LIFE INSURANCE COMPANY
25                              OF AMERICA and BERKSHIRE LIFE INSURANCE
                                COMPANY OF AMERICA
26
27 ///
28 ///

Dated:  June ___, 2007         LAW OFFICES OF EASON & TAMBORNINI

By: _____
    MATTHEW R. EASON
    Attorney for Plaintiff JOHN ABERLE

**ORDER**

    Based on the stipulation of the Parties, and good cause appearing therefore, the Pre-trial conference scheduling order in this matter is amended to state that the disclosure of expert witnesses in this matter must be done on or before July 9, 2007.

IT IS SO ORDERED

DATED: June 6. 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE