SEAN P. NALTY (SBN 121253)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
T: (415) 433-0990
F: (415) 434-1370

Attorneys for Defendants
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA AND
GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. ABERLE,<br><br>    Plaintiff,<br><br> v.<br><br>THE GUARIDAN LIFE INSURANCE COMPANY OF AMERICA, a New York Corporation, Berkshire Life Insurance a Tennessee Corporation<br><br>    Defendant. | Case No.: 2:06-CV-1736 MCE-PAN<br><br>**DEFENDANTS BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA AND GUARDIAN LIFE INSURANCE COMPANY OF AMERICA'S RETROACTIVE APPLICATION TO FILE A BRIEF BEYOND THE 20-PAGE LIMIT IN THE COURT'S SCHEDULING ORDER**<br><br>Courtroom:  3<br>Hon.  Morrison C. England, Jr. |

  Defendants Berkshire Life Insurance Company of America ("Berkshire") and Guardian Life Insurance Company of America ("Guardian") (collectively "defendants") filed in this matter on July 9, 2007 a memorandum of points and authorities in support of their motion for summary judgment, or in the alternative, summary adjudication of issues, that was 29 pages in length.  The hearing on this motion orginally was August 17, 2007 but has now been moved, pursuant to the stipulation of the parties, to August 31, 2007.  The last day to bring dispositive motions in this matter is September 4, 2007.

///

///

///

---

Defendants' Retroactive Application to File a Brief Beyond the 20-Page Limit Page 1

290703.1

1   Prior to filing this brief, counsel for defendants reviewed the local rules and also researched
2   the Court's website to determine if there were any standing orders with regards to the page limit for
3   briefs in support of a motion.  Counsel was unable to locate any page limit requirements.
4   Defendants did comply with the requirments in the local rules for briefs over twenty pages.

5   Mistakenly, counsel failed to review this Court's amended pretrial status scheduling order.
6   Yesterday evening, Counsel for defendants realized that there are page limit requirements within
7   this order limiting to 20 the number of pages for a memorandum in support of a motion.  Counsel
8   for defendants simply did not realize this limitation at the time defendants' filed the motion for
9   summary judgment in this matter on July 9, 2007.  For this, counsel apologizes to the Court and
10  now is promptly taking steps to correct the mistake.

11  Defendants believe that the brief of 29 pages, filed in this matter on July 9, 2007, addresses
12  complex issues and numerous case law that are important for the Court in the consideration of this
13  motion.  Accordingly, defendants respectfully request that the Court grant retroactive leave to
14  defendants to file the 29-page memorandum in support of their motion.

15  In the event that the Court does not grant leave, defendants will immediately file an edited
16  brief that complies with the Court's pretrial status scheduling order with regards to page limits.

17

18  Dated:  July 20, 2007          Respectfully submitted,

19                                  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

20

21                                  By_____
                                         Sean P. Nalty
22                                       Attorneys for Defendants
                                         BERKSHIRE LIFE INSURANCE COMPANY OF
23                                       AMERICA AND GUARDIAN LIFE INSURANCE
                                         COMPANY OF AMERICA

ORDER

Based on defendants' application, the Court hereby grants defendants retroactive leave to file a brief of 29 pages in support of defendants' motion for summary judgment.

IT IS SO ORDERED.

DATED: July 23, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE