1  SEAN P. NALTY (SBN 121253)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorneys for Defendants
   THE GUARDIAN LIFE INSURANCE COMPANY
6  OF AMERICA and Berkshire Life Insurance

7

8                      UNITED STATES DISTRICT COURT

9                      EASTREN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JOHN E. ABERLE, | Case No.: 2:06-cv-1736 MCE-PAN |
| Plaintiff, | |
| v. | **STIPULATION OF THE PARTIES RE DISCLOSURE OF SUPPLEMENTAL EXPERT WITNESSES; ORDER** |
| THE GUARIDAN LIFE INSURANCE COMPANY OF AMERICA, a New York Corporation, Berkshire Life Insurance a Tennessee Corporation | |
| Defendant. | |

### **INTRODUCTION**

The parties in the above-captioned matter, plaintiff John Aberle ("Plaintiff") and defendants Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America ("Defendants") (collectively "the Parties") desire to move the date for disclosure of supplemental experts to a date 20 days after the completion of the depositions of the experts disclosed by Plaintiff. This is based on the following:

In order to control the costs of litigation, the Parties agreed that the disclosure of experts in this matter would be done pursuant to the procedures under the California Code of Civil Procedure. It was further agreed that the experts disclosed would be produced immediately so that a more detailed understanding of the expert opinions could be obtained.

1  Plaintiff disclosed an expert in insurance and also identified a physician as a percipient
2  expert witness. Defendants did not disclose experts.
3       Due to the schedule of the experts and counsel, the depositions of Plaintiff's experts
4  will not be completed within the 20 days of service of Plaintiff's expert disclosure. To
5  address this issue, the Parties, through their counsel of record, enter into the following
6  stipulation that the scheduling order in this matter can be modified as follows. This
7  stipulation will not effect the other dates stated in the Court's scheduling order in this
8  matter.

## **STIPULATION**

10      Defendants have 20 days from the date the deposition of Plaintiff's insurance expert
11 is completed to designate a rebuttal insurance expert. In addition, Defendants have 20 days
12 from the date of the completion of the deposition of Plaintiff's medical expert to designate a
13 rebuttal medical expert.
14      IT IS SO STIPULATED.

15 Dated: July 20, 2007         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                           /s/
                              By: _____
                                  SEAN P. NALTY
                                  Attorneys for Defendants
                                  THE GUARDIAN LIFE INSURANCE COMPANY
                                  OF AMERICA and BERKSHIRE LIFE INSURANCE
                                  COMPANY OF AMERICA

21 Dated: July 20, 2007         LAW OFFICES OF EASON & TAMBORNINI

                                           /s/
                              By: _____
                                  MATTHEW R. EASON
                                  Attorney for Plaintiff JOHN ABERLE

2

**ORDER**

Based on the stipulation of the Parties, and good cause appearing therefore, the Pre-trial conference scheduling order in this matter is amended to state that Defendants have 20 days from the date the deposition of Plaintiff's insurance expert is completed to designate a rebuttal insurance expert.  In addition, Defendants have 20 days from the date of the completion of the deposition of Plaintiff's medical expert to designate a rebuttal medical expert.

IT IS SO ORDERED.

DATED: July 23, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3