SEAN P. NALTY, ESQ. (SBN 121253)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendants
THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA and BERKSHIRE
LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

### (Sacramento)

| | |
|---|---|
| JOHN E. ABERLE | Case No.: 2:06-cv-1736 MCE-EFB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a New York Corporation, Berkshire Life Insurance a Tennessee Corporation | |
| Defendants. | |

TO THE COURT IN THE ABOVE-ENTITLED MATTER:

   IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, Matthew R. Eason, Esq. of the Law Offices of Eason & Tambornini on behalf of plaintiff, John E. Aberle, and Sean P. Nalty of Wilson, Elser, Moskowitz, Edelman & Dicker LLP on behalf of defendants, The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America, that plaintiff's Complaint in this action, and each of the claims for relief set forth therein, be dismissed with prejudice, with each party to bear its/his own attorneys' fees and costs.

Dated:  December 13, 2007     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:      /s/  *Sean P. Nalty*
   SEAN P. NALTY
   Attorneys for Defendants THE GUARDIAN LIFE
   INSURANCE COMPANY OF AMERICA; BERKSHIRE
   LIFE INSURANCE COMPANY OF AMERICA

LAW OFFICES OF EASON & TAMBORNINI

By:          /s/ *Matthew R. Eason*
      MATTHEW R. EASON
Attorneys for Plaintiff JOHN E. ABERLE

ORDER

   In consideration of the above Stipulation, and good cause appearing therefore, IT IS SO ORDERED, that plaintiff's Complaint in this action, and each of the claims for relief set forth therein, be dismissed with prejudice.

DATED: January 30, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE